United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED HUSAIN,<br>Plaintiff,<br>v.<br>CAMPBELL SOUP COMPANY,<br>Defendant. | Case No. 24-cv-01776-CRB<br><br>**JUDGMENT** |

Having dismissed Plaintiff's amended complaint without leave to amend, see Order (dkt. 32), the Court hereby ENTERS JUDGMENT in favor of Defendant Campbell Soup Company and against Plaintiff Syed Husain.

**IT IS SO ORDERED.**

Dated: September 2, 2024

CHARLES R. BREYER
United States District Judge